**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:      **Defendant, KHAMPHOU KHOUTHONG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHAMPHOU KHOUTHONG<br><br>Defendant. | Case No.: 1:13 CR00294 LJO-SKO<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |
|---|---|

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, KHAMPHOU KHOUTHONG, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, PETER M. JONES, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant makes this request because the time, distance and expense involved for travel from his home in Hawaii to Fresno for court appearances would be both a financial

and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court. Mr. KHAMPHOU KHOUTHONG currently resides in the state of Hawaii, where he is on Supervised Pretrial release.

Dated: July 26, 2013 /s/KHAMPHOU KHOUTHONG
KHAMPHOU KHOUTHONG

Dated: July 26, 2013

/s/ PETER M. JONES
PETER M. JONES, Attorney for
Defendant, KHAMPHOU KHOUTHONG

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated: **July 31, 2013** /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE