HEATHER WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
JEREMY KROGER, Bar #258956
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:13-cr-00294 LJO-SKO (001) |
|     *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| IANE LOVAN, | |
|     *Defendant.* | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, IANE LOVAN, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED: July 30, 2013					*/s/ Iane Lovan*
							IANE LOVAN

DATED: July 30, 2013					*/s/ Andras Farkas*
							ANDRAS FARKAS
							JEREMY KROGER
							Assistant Federal Defenders
							Attorneys for Iane Lovan

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

**Dated:   August 13, 2013**				  **/s/ Barbara A. McAuliffe**
							UNITED STATES MAGISTRATE JUDGE