1  **HARRY M. DRANDELL #109293**
   **LAW OFFICES OF HARRY M. DRANDELL**
2  1221 VAN NESS AVENUE, SUITE 450
   FRESNO, CA 93721
3  PHONE (559) 442-8888
   FAX (559) 442-8891
4

5  ATTORNEYS FOR  Defendant, Vong Southy

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * *

11  UNITED STATES OF AMERICA,  )  **CASE NO:  1:13-CR-00294 LJO-SKO**
                               )
12      Plaintiff,             )  **WAIVER OF DEFENDANT'S PERSONAL**
                               )  **PRESENCE;  ORDER**
13  v.                         )  **THEREON**
                               )
14  VONG SOUTHY,               )
                               )
15      Defendant.             )
                               )
    _____)

16

17          Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Vong Southy, having been advised

18  of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in

19  his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees

20  that his interests shall be represented at all times by the presence of his attorney, Harry M. Drandell,

21  the same as if Defendant were personally present, and requests that this court allow his attorney-in-

22  fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's

23  attorney that Defendant's presence is required will be deemed notice to the Defendant of the

24  requirement of his appearance at said time and place.

25  Dated:  August 29, 2013          /s/ Vong Southy
                                      VONG SOUTHY
26

27  ///

28  ///

Dated: August 29, 2013

HARRY M. DRANDELL
Law Offices of Harry M. Drandell


By:     /s/ Harry M. Drandell
        HARRY M. DRANDELL
        Attorney for Defendant,
        VONG SOUTHY


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance

may be waive at any and all proceedings until further order.


IT IS SO ORDERED.

**Dated:     August 29, 2013**               /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE