**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUPHAN SAISEE,<br>Defendant. | CASE NO. 1:13-cr-00294-LJO-SKO<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, SUPHAN SAISEE, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, CAROL ANN MOSES, the same as if Defendant were personally present, and requests that this

///

///

///

///

///

///

///

Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Dated: October 16, 2013

By: /s/ Suphan Saisee
SUPHAN SAISEE

Dated: October 16, 2013

By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
SUPHAN SAISEE

ORDER

**GOOD CAUSE APPEARING,** IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings in accordance with Rule 43 of the Federal Rules of Criminal Procedure until further order of the Court.

IT IS SO ORDERED.

Dated: **October 16, 2013**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE